John White, Esq., SB #1741  
WHITE LAW CHARTERED  
335 West First Street  
Reno, NV 89503  
775-322-8000  
775-322-1228 (Fax)  
john@whitelawchartered.com  
Counsel for the Plaintiff

E-filed: October 4, 2013

UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA

In re:

ROGER PIERRE BAYLOCQ,

        Debtor.  
_____/

ROGER PIERRE BAYLOCQ,

        Plaintiff.  
v.

WELLS FARGO, N.A., et al.

        Defendants.  
_____/

CASE NO.: BK-N-10-51372-GWZ

Chapter 11

Adversary Case No: 13-05052-GWZ

AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

No hearing required

STATE OF NEVADA  )  
                           ) s.s.  
COUNTY OF WASHOE)

    I, JOHN WHITE, being first duly sworn under the penalty of perjury deposes and says:

    1. That Affiant is an attorney licensed to practice law in the State of Nevada.

    2. That Affiant has represented the Plaintiff throughout the course of these proceeding in the above-entitled matter.

    3. That this Adversary was commenced by the filing of a Complaint with this Court on August 26, 2013 (Docket 1).

    4. That the summons in this matter were issued by the Court on August 27, 2013 (Docket 7).

1

5. That the complaint and summons were served by certified mail to Wells Fargo on September 3 and to Wells Fargo Bank, N.A's Commercial Resident Agent, CSC Services of Nevada, Inc. on September 6, 2013.

6. That Proof of Service was filed with the court on October 2, 2013 (Dockets 13 and 14, respectively).

7. That as of the date of this Affidavit, no answer or responsive pleading has been received by Affiant from the Defendant, WELLS FARGO BANK, N.A. and it is requested that the Court Clerk enter in a default with respect to same.

8. That based upon information and belief, your Affiant asserts that Defendant is not an infant or incompetent.

9. That based upon the review of the petition, information and belief, your Affiant asserts that Plaintiff is in compliance with The Servicemembers' Civil Relief Act codified U.S.C. 50 App. Section 521.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 4th day of October, 2013.

_____
JOHN WHITE

SUBSCRIBED AND SWORN before me this ___ day of October, 2013.

_____
Notary Public

NICOLE M. EPPERSON-ERNST
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 00-6031-2 - Expires July 27, 2017

2

## CERTIFICATE OF SERVICE

I hereby certify under penalties and pain of perjury that I am an employee of White Law Chartered and that on the date set forth below, I served a true and correct copy of the foregoing document, in the following manner:

☑ a. Via electronic filing through the U.S. Bankruptcy Court's CM/ECF filing system, to the following parties:

CHRISTOPHER D JAIME on behalf of the Director of the Firm Foundation, as Trustee of Harvest Time Foundation and Trustee of Aspen Valley Christian Foundation at cjaime@mclrenolaw.com; kbernhardt@mclrenolaw.com

JOHN WHITE on behalf of Plaintiff, Roger Baylocq at bankruptcy@whitelawchartered.com; tonet@@whitelawchartered.com; nicole@whitelawchartered.com

☑ b. Via First class, U.S. mail, postage prepaid, by placing a true copy of the above document in a sealed envelope placed for collection and for mailing in the United States Mail, Reno, NV, addressed as follows:

Wells Fargo Bank, N.A.
P.O. Box 14469 MAC X2303-01M
Des Moines, IA 50306

Wells Fargo
CSC Services of Nevada, Inc.
Commercial Resident Agent
2215-B Renaissance Dr.
Las Vegas, NV 89119

Dated this 4th day of October, 2013.

/s/ Nicole Ernst
Nicole Ernst

3