_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

**Entered on Docket**
**December 04, 2013**

John White, Esq.
Bar Number 1741
WHITE LAW CHARTERED
335 West First St.
Reno, NV, 89503
775-322-8000
775-322-1228 (Fax)
john@whitelawchartered.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

ROGER PIERRE BAYLOCQ

          Debtor
_____
ROGER PIERRE BAYLOCQ,

          Plaintiff,

v

WELLS FARGO, BANK, N.A.;
DIRECTOR OF THE FIRM
FOUNDATION, et al.

          Defendants

Case No: BK-10-51372-gwz
Chapter 11

Adversary No. 13-05052-gwz

**ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE**

Hearing Date: December 17, 2013
Hearing Time: 2:00 p.m.

1

1  Pursuant to the Stipulation to Extend Briefing Schedule between Roger Baylocq,
2  Plaintiff, and the Director of the Firm Foundation, as trustee of Harvest Time Foun-
3  dation ("HTF"), Defendant, filed by Roger Baylocq, by and through his attorney, John
4  White, Esq. of White Law Chartered, and Defendant HTF, by and through its attorney,
5  Christopher D. Jaime, of Maupin, Cox & LeGoy, and good cause appearing,

6  IT IS HEREBY ORDERED that the STIPULATION BETWEEN PLAINTIFF AND
7  DEFENDANT HTF (Docket 26) is approved.

8  Submitted by:
9  WHITE LAW CHARTERED

11  _____/s/ John White_____
   John White, Esq.
12 Attorney for Roger Baylocq

13                                    ###