Christopher D. Jaime, Esq., Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Defendant Director of the
Firm Foundation

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No: 10-51372-gwz |
| ROGER PIERRE BAYLOCQ, | Chapter 11 |
| Debtor. / | |
| ROGER PIERRE BAYLOCQ, | Adv. No. 13-05052-gwz |
| Plaintiff, | **STIPULATION TO VACATE AND CONTINUE HEARING ON MOTION TO DISMISS COMPLAINT TO AVOID LIENS OF RECORD** |
| vs. | |
| WELLS FARGO BANK, N.A.; et al., | (No Hearing Required) |
| Defendants. / | |

     Defendant Director of the Firm Foundation, a Church Corporation filed with the Washington Secretary of State, as Trust of the Harvest Time Foundation ("HTF") and Plaintiff Roger Pierre Baylocq ("Debtor") (HTF and the Debtor, collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

     1.     On August 26, 2013, the Debtor filed a *Complaint to Avoid Liens of Record* [Adv.

MAUPIN, COX & LEGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

Dkt. 1] ("Complaint"). The Complaint seeks to avoid HTF's judgment lien on real property located at 2370 Damonte Lane, Reno, Nevada.

2. On October 17, 2013, HTF filed a *Motion to Dismiss Complaint to Avoid Liens of Record* [Dkt. 21] ("Motion"). A hearing on the Motion is currently set for December 17, 2013, at 2:00 p.m.

3. The Parties have engaged in settlement discussions and wish to continue the same in an effort to resolve their disputes. The Parties believe they may be able to resolve their dispute without the need for a hearing and determination on the Motion.

4. In order to facilitate further settlement discussions, the Parties have agreed to vacate the hearing on the Motion currently set for December 17, 2013, at 2:00 p.m. and to continue that hearing to February 25, 2014, at 2:00 p.m.

5. The Parties further agree that for purposes of the continued hearing on the Motion any opposition to the Motion and reply to any opposition shall be filed in accordance with LR 9014(d).

Dated this 9th day of December, 2013.

| WHITE LAW CHTD. | MAUPIN, COX & LeGOY |
|---|---|
| By: /s/ John White<br>John White, Esq.<br>Nevada Bar No. 1741<br>335 W. First St.<br>Reno, NV 89503 | By: /s/ Christopher D. Jaime<br>Christopher D. Jaime, Esq.<br>Nevada Bar No. 4640<br>4785 Caughlin Parkway<br>Reno, NV 89519 |
| Attorney for Plaintiff | Attorney for Defendant Director of the Firm Foundation |

CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am an employee of MAUPIN, COX & LeGOY, Attorneys at Law, and that on the date indicated below, I served the foregoing document(s) described as follows:

**STIPULATION TO CONTINUE HEARING ON
MOTION TO DISMISS COMPLAINT
TO AVOID LIENS OF RECORD**

on the party(s) set forth below by:

_____    Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices, addressed as follows:

__XXX__    Electronic filing via the U.S. Bankruptcy Court CM/ECF filing system, to all those persons listed on the United States Bankruptcy Court ECF Confirmation Sheet.

DATED this 9th day of December, 2013.

/s/ Karen Bernhardt
KAREN BERNHARDT

MAUPIN, COX & LeGOY
ATTORNEYS AT LAW
P.O. BOX 30000
RENO, NEVADA 89520
(775) 827-2000

3.