*[signature]*

Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
December 13, 2013

Christopher D. Jaime, Esq., Nev. Bar #4640
Maupin, Cox & LeGoy
4785 Caughlin Parkway
P.O. Box 30000
Reno, Nevada 89520
Telephone: (775) 827-2000
Fax: (775) 827-2185
E-mail: cjaime@mclrenolaw.com
Attorneys for Defendant Director of the
Firm Foundation

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | Case No: 10-51372-gwz |
| ROGER PIERRE BAYLOCQ, | Chapter 11 |
| Debtor. / | |
| ROGER PIERRE BAYLOCQ, | Adv. No. 13-05052-gwz |
| Plaintiff, | **ORDER GRANTING STIPULATION TO VACATE AND CONTINUE HEARING ON MOTION TO DISMISS COMPLAINT TO AVOID LIENS OF RECORD** |
| vs. | |
| WELLS FARGO BANK, N.A.; et al., | (No Hearing Required) |
| Defendants. / | |

The Court has reviewed and considered the *Stipulation to Vacate and Continue Hearing on*

1.

*Motion to Dismiss Complaint to Avoid Liens of Record* ("Stipulation") by and between counsel for Defendant Director of the Firm Foundation, a Church Corporation filed with the Washington Secretary of State, as Trust of the Harvest Time Foundation and Plaintiff Roger Pierre Baylocq.

Good cause appearing; **IT IS HEREBY ORDERED:**

1. The Stipulation is in all respects approved:

2. The hearing on the *Motion to Dismiss Complaint to Avoid Liens* ("Motion") [Dkt. 21] currently set for December 17, 2013, at 2:00 p.m. is vacated and is re-set to February 25, 2014, at 2:00 p.m.

3. For purposes of the continued hearing on the Motion, any opposition to the Motion and any reply to any opposition shall be filed in accordance with the time set forth in LR 9014(d).

Submitted by:

MAUPIN, COX & LeGOY

By: /s/ Christopher D. Jaime
    Christopher D. Jaime, Esq.
    Nevada Bar No. 4640
    4785 Caughlin Parkway
    Reno, NV  89519

Attorney for Defendant Director of the Firm Foundation

# # #

2.